Dismissed and Memorandum Opinion filed January 10, 2008








Dismissed
and Memorandum Opinion filed January 10, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00620-CV

____________

 

IN THE INTEREST OF T.O.J. and
R.O.J.

 

 

 



 

On Appeal from the
310th District Court

Harris County, Texas

Trial Court Cause No.
1997-06170

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed May 25,
2007. On December 18,
2007, appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 10, 2008.

Panel consists of Justices Yates, Fowler,
and Guzman.